

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2014

No. 04-14-00863-CR

**IN RE** Justin Emar **MOORE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

On December 11, 2014, relator filed a pro se petition for writ of mandamus. The court has determined that it is without jurisdiction to consider relator's petition. Accordingly, relator's petition is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on December 19th, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2010CR4143, styled *The State of Texas v. Justin Emar Moore*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Mary D. Roman presiding.